UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61455-Cohn-Seltzer**

ELBA BRYANT,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.
_____/

FILED by VT D.C.
ELECTRONIC

Sept. 15, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

### PARTIES

3. Plaintiff, ELBA BRYANT, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., is a corporation and citizen of the State of Minnesota with its principal place of business at 600 Coon Rapids Boulevard, Coon Rapids, Minnesota 55433.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> <u>August 27, 2008 #1 – Pre-recorded message</u>
> Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.
>
> <u>August 27, 2008 #3</u>
> Elba, this is Michelle Blonigan. You need to return a call to my office. My number is 1-800-504-8612. I am here until 9:00.
>
> <u>August 27, 2008 #4 – Pre-recorded message</u>

2

Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #5 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #6 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #8 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #10 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #12 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #13 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #15
Elba Bryant, this is Jenny. It is very important you return my call to 1-800-504-8612, as soon as possible.

August 27, 2008 #16 – Pre-recorded message

Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #17 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #18 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #19 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #21 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #22 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 27, 2008 #23 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

August 29, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 2, 2008 #2 – Pre-recorded message

Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 2, 2008 #3 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 4, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 8, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 9, 2008 #1 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 9, 2008 #2 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 15, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 19, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 23, 2008 #1 – Pre-recorded message

To hear this message in English press 1 on your telephone. (Message now given in Spanish.) I did not detect a valid response. Thank you. Good-bye.

September 23, 2008 #2 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

September 25, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

October 1, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

October 6, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

October 10, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

October 14, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

November 4, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

December 1, 2008 – Pre-recorded message

Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

December 9, 2008 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

January 2, 2009 – Pre-recorded message
Hello. This message is for Elba Bryant. Please contact our office immediately regarding important personal business at 800-592-3429. Please reference number 9307091 when you return the call. Thank you.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant knew it was required to disclose its name, that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 14.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

**COUNT II**
**FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY**

17. Plaintiff incorporates Paragraphs 1 through 14.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

19.    Plaintiff incorporates Paragraphs 1 through 14.

20.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing its name, that it is a debt collector, and the purpose of its communications, all done when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21.    Plaintiff incorporates Paragraphs 1 through 14.

22. By failing to disclose its name, that it is a debt collector, and the purpose of its communication, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT V
## DECLARATORY AND INJUNCTIVE RELIEF

23. Plaintiff incorporates Paragraphs 1 through 14.

24. Plaintiff seeks a declaration that Defendant's practices are in violation of the FCCPA.

25. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

26. Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

  a. declaring that Defendant's practices violate the FCCPA;

b.  permanently injoining Defendant from engaging in the violative practices; and

c.  Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this ___15___ day of September, 2009.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By:_____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Elba Bryant

**DEFENDANTS**

Diversified Adjustment Service, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) BROWARD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0:09 CV 61455 - Cohn - Seltzer

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates etc B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personnel Property Damage | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities Commodities Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW 405(g) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor/Management Relations B | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23   CLASS ACTION No   DEMAND $ N.A.   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: September 15, 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 547501   Amount: 350.00

Date Paid:   M ifp: